FRANK RICIGLIANO *v.* J. J. RYAN
CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 158 (AC 18357), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the compensation review board's decision upholding the trial commissioner's finding of a 0.62 percent loss of hearing disability for the plaintiff?"

BORDEN and NORCOTT, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16129.

*Robert B. Cohen* and *Louis Wang*, in support of the petition.

*Dominick C. Statile* filed an opposition, which was adopted by *Jason M. Dodge, Timothy G. Zych, Diane D. Duhamel* and *Theodore M. Pappas.*

Decided June 16, 1999